UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE FRANCISCO MEDINA, | Case No. ED CV 09-1468-DOC(AJW) |
| Petitioner, | JUDGMENT |
| v. | |
| DOMINGO URIBE JR., Warden, | |
| Respondent. | |

**IT IS HEREBY ADJUDGED** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: August 12, 2009

_David O. Carter_
David O. Carter
United States District Judge